FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

RHONDA CHANDLER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No.  **1:14-cv-03114-JTR**

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED, in part.** The Commissioner's decision is **REVERSED** and pursuant to sentence four of 42 U.S.C. Section 405(g) and Section 1383(c)(3), this matter is **REMANDED** to the Commissioner for additional proceedings and/or finding consistent with the Order entered by the Court on 05/22/15. Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED:  May 22, 2015.

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Tonia Ramirez*
                                  Deputy Clerk